IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ERNEST D. SCHULTZ,

    Plaintiff,

v.                                                                    CASE NO. 1:07-CV-00052-MP-WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 16, Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, filed by Plaintiff Ernest Schultz.  A telephone hearing was held on this matter on Tuesday, July 8, 2008.  At the hearing, the Defendant did not object to the award of attorney fees or expenses.  Accordingly, the motion is granted, and EAJA fees in the amount of $3,646.89 and reimbursement for the filing fee of $350.00 are hereby awarded to the Plaintiff.  The EAJA fees in the amount of $357.63 shall be made payable to Dorothy Clay Sims, and the EAJA fees in the amount of $3289.26 shall be made payable to Sarah Bohr.

    **DONE AND ORDERED** this  *9th* day of July, 2008

                         *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge